THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Thu Thanh Thi PHAM,<br><br>                    Plaintiff,<br><br>         v.<br><br>Yasser NAVARRETE, Seattle District Director of U.S. Citizenship and Immigration Services, et. al.,<br><br>                    Defendants. | CASE NO. 2:22-cv-588-RAJ<br><br>ORDER |

This matter comes before the Court on Defendants United States Citizenship and Immigration Service's (USCIS) Motion to Dismiss. Dkt. # 20. Defendant Thu Thanh Thi Pham opposes the motion to dismiss (Dkt. # 21) and has filed a surreply (Dkt. # 25) requesting that this Court consider the complete administrative record.

//
//
//
//
//

- 1

In lieu of receipt of the full administrative record, Plaintiff is ordered to file with the Court any specific records that Plaintiff wishes to have the Court review in support of its opposition to USCIS's motion to dismiss. Plaintiff must pinpoint and submit specific records, along with any arguments supporting Plaintiff's position, within fourteen (14) days of the date of this Order. USCIS may submit a response of no more than five (5) pages within seven (7) days of Plaintiff's filing.

Dated this 16th day of October, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2